ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
515 South Figueroa Street, Suite 1970
Los Angeles, CA  90071

Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:10-18060-VK |
| FLAVIO LARA<br>LIDIA VERDUGO LARA | 180602<br>Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: LEROY BISHOP AUSTIN
TO THE ABOVE NAMED DEBTOR(S):

   You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 04/21/10 at 01:30 PM at 725 S. FIGUEROA ST., LOBBY LEVEL, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

Dated:    March 16, 2010          /s/ Rosendo Gonzalez
                                   ROSENDO GONZALEZ, TRUSTEE

**PROOF OF SERVICE**

**CENRAL DISRICT OF CALIFORNIA
LOS ANGELES DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

      I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 515 South Figueroa Street, Suite 1970, Los Angeles, CA  90071.

      On <u>March 16, 2010</u>, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

    FLAVIO LARA
    LIDIA VERDUGO LARA
    9635 HANEY STREET
    PICO RIVERA, CA  90660

    LEROY BISHOP AUSTIN
    3250 WILSHIRE BLVD STE 1500
    LOS ANGELES, CA  90010-1502

☒ **BY MAIL**

    ☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

    ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on <u>March 16, 2010</u>, at Los Angeles, California.

    ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

                              /s/ KEYLIN HERNANDEZ
                              KEYLIN HERNANDEZ